521 S.E.2d 743

**In the Matter of Merrill A. COX, Respondent.**

Supreme Court of South Carolina.

Sept. 28, 1999.

## ORDER

Respondent was suspended on July 12, 1999, for a period of ninety days, retroactive to June 28, 1999. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

Ernest A. Finney, Jr., Chief Justice